UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAUREEN MAGNIFICO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 22 C 4255 |
| | ) | |
| PETE BUTTIGIEG, Secretary, United States Department of Transportation and the Federal Aviation Administration, | ) ) ) ) | Judge Chang |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Federal Aviation Administration ("FAA") moves to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6) on grounds that the plaintiff's claims are time-barred. In support of this motion, defendant submits herewith an attached memorandum of law.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Michael D. Claus
    MICHAEL D. CLAUS
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 469-6021
    michael.claus@usdoj.gov